*Genl. Miller's*
*Affidavit*
*vs*
*Vidal*

Territory of Michigan } to wit
district of detroit }

Be it remember'd that on this sixteenth day of September A D one thousand eight hundred fifteen, Personally appeared before me George M$^c$Dougall, a Justice of the peace for the District of Detroit aforesaid, Brigadier Gen$^l$ James Miller, who being solemnly sworn deposeth and saith, That in a conversation with Lieu$^t$ Vidal at James Mays House in the City of Detroit on the evening he was brought to Detroit a prisoner about the fifth Instant, He the said Lieu$^t$ Vidal acknowledged that he had taken a Man, he called

a Deserter, on the American shore above this place, put him on board his Boat and sent him on board the British vessell laying off from whence he took him                                                    JAMES MILLER

Sworn & subscribed before
me at Detroit the day
& year first above written
  GEO. MᶜDOUGALL
    Justice of the Peace D D T M

[In the handwriting of George McDougall]